IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**RICHARD YOUNG**

    **Plaintiff,**

**v.**                                                                                                       CV 10-PT-1370-M

**PGT TRUCKING INC., et al**

    **Defendants.**

## MEMORANDUM

The court notes that it also considered Berry v. Salter, 179 F. Supp.2d 345 ( MD Ala. 2001) and other cases in deciding that in the absence of an agreement by the parties, it would transfer the case to Georgia. The parties both agreed that if the court were to decide to transfer the case, they would both prefer that it remain in Alabama. Also see Aguacate, etc, v. Deeprock, etc., 566 F.2d 523, (5th Cir.1978).

    **DONE** and **ORDERED** this the 26th day of October, 2010.

                                                   _/s/ Robert B. Propst_
                                                   **ROBERT B. PROPST**
                           **SENIOR UNITED STATES DISTRICT JUDGE**